In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK in Relation to Mortgage Investments Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 186,129.)

SELMA SCHLANG, Appellant and Respondent; ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Bond and Mortgage Guarantee Company and as Successor to the Mortgage Commission of the State of New York, et al., Respondents and Appellants, and BUREAU OF TRUST SUPERVISION et al., Respondents.

Submitted November 12, 1946; decided November 21, 1946.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 966.]

In the Matter of the Accounting of EMILY MARX, as Committee of the Estate of THOMAS A. McHUGH, an Incompetent Veteran, Appellant. FRANK T. HINES, as Administrator of Veterans' Affairs, et al., Respondents.

Submitted November 12, 1946; decided November 21, 1946.

*Emily Marx* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion. [See 296 N. Y. 826.]